The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC,

    Plaintiffs,

v.

HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA INC.; ELPIDA MEMORY, INC.; ELPIDA MEMORY (USA) INC.; ACER, INC.; ACER AMERICA CORP.; ADATA TECHNOLOGY CO., LTD.; ADATA TECHNOLOGY (U.S.A.) CO., LTD. ASUSTEK COMPUTER INC.; ASUS COMPUTER INTERNATIONAL INC.; DELL, INC.; HEWLETT-PACKARD COMPANY; KINGSTON TECHNOLOGY CO., INC.; LOGITECH INTERNATIONAL S.A.; LOGITECH, INC.; PANTECH CO., LTD.; PANTECH WIRELESS, INC.; BEST BUY CO., INC.; WAL-MART STORES, INC., NANYA TECHNOLOGY CORPORATION; NANYA TECHNOLOGY CORPORATION, USA

    Defendants.

Civil Action No. 11-1145

PRAECIPE TO ISSUE SUMMONSES

PRAECIPE TO ISSUE SUMMONSES - 1
Civil Action No. 11-1145
INVT-6-1001P08PCP

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

TO THE CLERK OF THE COURT OF THE ABOVE-ENTITLED COURT:

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC request that the clerk of the court issue the attached Summonses to Defendants Nanya Technology Corporation and Nanya Technology Corporation.

RESPECTFULLY SUBMITTED this 16th day of August, 2011.

LOWE GRAHAM JONES<sup>PLLC</sup>

s/Lawrence D. Graham
Lawrence D. Graham, WSBA No. 25,402
 Email: graham@LoweGrahamJones.com
Ellen M. Bierman
 Email: ebierman@LoweGrahamJones.com
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301

Elliot Brown (*Pro Hac Vice*)
Benjamin W. Hattenbach (*Pro Hac Vice*)
Ellisen S. Turner (*Pro Hac Vice*)
Brian Ledahl (*Pro Hac Vice*)
Gunnar B. Gundersen (*Pro Hac Vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: 310.277.1010
F: 310.203.7199

Attorneys for Plaintiffs Intellectual Ventures
I LLC and Intellectual Ventures II LLC

PRAECIPE TO ISSUE SUMMONSES - 2
Civil Action No. 11-1145
INVT-6-1001P08PCP

LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301