The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA INC.; ELPIDA MEMORY, INC.; ELPIDA MEMORY (USA) INC.; ACER, INC.; ACER AMERICA CORP.; ADATA TECHNOLOGY CO., LTD.; ADATA TECHNOLOGY (U.S.A.) CO., LTD. ASUSTEK COMPUTER INC.; ASUS COMPUTER INTERNATIONAL INC.; DELL, INC.; HEWLETT-PACKARD COMPANY; KINGSTON TECHNOLOGY CO., INC.; LOGITECH INTERNATIONAL S.A.; LOGITECH, INC.; PANTECH CO., LTD.; PANTECH WIRELESS, INC.; BEST BUY CO., INC.; WAL-MART STORES, INC., NANYA TECHNOLOGY; NANYA TECHNOLOGY CORPORATION, USA<br><br>Defendants. | Case No. 2:11-cv-01145-RAJ<br><br>MOTION TO STAY DISTRICT COURT ACTION PENDING FINAL RESOLUTION OF ITC INVESTIGATION FOR DEFENDANTS:<br>• HYNIX SEMICONDUCTOR, INC.;<br>• HYNIX SEMICONDUCTOR AMERICA INC.;<br>• ELPIDA MEMORY, INC.;<br>• ELPIDA MEMORY (USA) INC.;<br>• ACER, INC.;<br>• ACER AMERICA CORP.;<br>• ADATA TECHNOLOGY CO., LTD.;<br>• ADATA TECHNOLOGY (U.S.A.) CO., LTD.;<br>• ASUSTEK COMPUTER, INC.;<br>• ASUS COMPUTER INTERNATIONAL, INC.;<br>• BEST BUY CO., INC.;<br>• DELL, INC.;<br>• HEWLETT-PACKARD COMPANY;<br>• KINGSTON TECHNOLOGY CO., INC.;<br>• LOGITECH INTERNATIONAL S.A.; and<br>• LOGITECH, INC.<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 7, 2011** |

MOTION TO STAY DISTRICT COURT
ACTION PENDING ITC INVESTIGATION - 1
Case No. 2:11-cv-01145-RAJ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Defendants Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Elpida Memory, Inc., Elpida Memory (USA) Inc., Acer Inc., Acer America, Corp., ADATA Technology Co., Ltd., ADATA Technology (U.S.A.) Co., Ltd., Asustek Computer Inc., Asustek Computer International Inc., Best Buy Co., Inc., Dell, Inc., Hewlett-Packard Company, Kingston Technology Co., Inc., Logitech International S.A., and Logitech Inc. (collectively "Defendants") submit this motion for an order staying Plaintiffs Intellectual Ventures I LLC's ("Intellectual Ventures I") and Intellectual Ventures II LLC's ("Intellectual Ventures II") (collectively, "Intellectual Ventures I and II") above-entitled action under 28 U.S.C. § 1659(a), until such time as there is a final, unappealable decision in a parallel proceeding Intellectual Ventures I and II filed against Defendants with the U.S. International Trade Commission ("ITC") entitled *In the Matter of Certain Dynamic Random Access Memory and NAND Flask Memory Devices and Products Containing Same*, Investigation No. 337-TA-803 ("803 ITC Investigation"). Defendants' motion is based on the following facts:

1.     On July 11, 2011, Intellectual Ventures I and II filed a complaint in the United States District Court for the Western District of Washington ("Washington Complaint"), Civil Action No. 2:11-cv-01145-RAJ, entitled *Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Hynix Semiconductor America, Inc. et al.* In their Complaint, Intellectual Ventures I and II alleges that Defendants infringed United States Patent No. 5,654,932, United States Patent No. 5,963,481, United States Patent No. 5,982,696, United States Patent No. 5,500,819, and United States Patent No. 5,687,132. (*See* Dkt. #1).

2.     On July 12, 2011, Intellectual Ventures I and II, along with Complainants Intellectual Ventures Management, LLC, Invention Investment Fund I, LLC, and Invention Investment Fund II, LLC (collectively "IV"), also filed a complaint against Defendants under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. §1337, with the ITC. (*See*, Declaration of Theo Angelis, Ex. A). In IV's ITC investigation, it alleges violations of

MOTION TO STAY DISTRICT COURT
ACTION PENDING ITC INVESTIGATION - 2
Case No. 2:11-cv-01145-RAJ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

section 1337 based on Defendants' asserted infringement of United States Patent No. 5,654,932, United States Patent No. 5,963,481, United States Patent No. 5,982,696, United States Patent No. 5,500,819, and United States Patent No. 5,687,132—the same patents at issue in its present civil action.

3. On August 31, 2011, the International Trade Commission issued a Notice of Institution of Investigation based on IV's ITC Complaint and ordered an investigation entitled *In the Matter of Certain Dynamic Random Access Memory and NAND Flask Memory Devices and Products Containing Same*, Investigation No. 337-TA-803 (*Id*. at Ex. B, Notice of Investigation).

4. Upon the request of any party to a civil action who is also a respondent in an ITC investigation involving the parties in the civil action, the Court "shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). This stay is mandatory and must be granted if it is made within thirty days from the later of: (1) the party being named a respondent in a proceeding before the ITC, or (2) the filing of the district court action. 28 U.S.C. § 1659(a)(1)-(2); *see also In re Princo*, 478 F. 3d 1345, 1355 (Fed. Cir. 2007) (granting a writ of mandamus and directing a district court to stay proceedings pursuant to 28 U.S.C. § 1659(a) until the ITC proceeding becomes final).

5. Defendants are respondents in the 803 ITC Investigation and also are named defendants in this action. Intellectual Ventures I and II alleges infringement of United States Patent No. 5,654,932, United States Patent No. 5,963,481, United States Patent No. 5,982,696, United States Patent No. 5,500,819, and United States Patent No. 5,687,132 in both the 803 ITC Investigation and this parallel civil action. Accordingly, the two proceedings involve the same issues within the meaning of 28 U.S.C. § 1659(a).

MOTION TO STAY DISTRICT COURT
ACTION PENDING ITC INVESTIGATION - 3
Case No. 2:11-cv-01145-RAJ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

6. On September 7, 2011, the 803 ITC Investigation was instituted upon publication of the Notice of Investigation in the *Federal Register*. Thus, Defendants have filed their request to stay Intellectual Ventures I and II's present action within thirty days of being named as respondents in the 803 ITC Investigation.

7. In view of Intellectual Ventures I and II's co-pending action against Defendants involving United States Patent No. 5,654,932, United States Patent No. 5,963,481, United States Patent No. 5,982,696, United States Patent No. 5,500,819, and United States Patent No. 5,687,132 currently before the ITC, Defendants hereby move to stay the above-entitled action under 28 U.S.C. § 1659(a) until such time as there is a final, unappealable decision in the 803 ITC Investigation.

8. Defendants make this motion without waiving any procedural rights, or defenses that may be raised by motion or otherwise under the Federal Rules of Civil Procedure or the Local Rules of this Court.

DATED this 21st day of September, 2011.

K&L GATES LLP

By   s/ Theodore J. Angelis
     Theodore J. Angelis, WSBA # 30300
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
E-mail:  theo.angelis@klgates.com

Karineh Khachatourian
630 Hansen Way
Palo Alto, CA 94304
Tel: (650)798-6725
Fax: (650) 798-6701
Email: karineh.khachatourian@klgates.com

Attorneys for Defendants
Hynix Semiconductor, Inc.,
Hynix Semiconductor America Inc.,
Acer, Inc.,
Acer America Corp.,
ADATA Technology Co., Ltd.,

MOTION TO STAY DISTRICT COURT
ACTION PENDING ITC INVESTIGATION - 4
Case No. 2:11-cv-01145-RAJ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | ADATA Technology (U.S.A.) Co., Ltd., |
| | Asustek Computer, Inc., |
| 2 | Asus Computer International, Inc., |
| | Best Buy Co., Inc. |
| 3 | Dell, Inc., |
| | Hewlett-Packard Company, |
| 4 | Kingston Technology Co., Inc., |
| | Logitech International S.A., |
| 5 | Logitech, Inc. |

6   HILLIS CLARK MARTIN & PETERSON P.S.

7   By  s/ Laurie Lootens Chyz (by email consent)
        Louis D. Peterson, WSBA #5776
8       Laurie Lootens Chyz, WSBA #14297
        Alexander M. Wu, WSBA #40649
9    1221 Second Avenue, Suite 500
     Seattle WA 98101-2925
10   Tel: (206) 623-1745
     Fax: (206) 623-7789
11   Email: ldp@hcmp.com;
            llc@hcmp.com;
12          amw@hcmp.com

13   KENYON & KENYON LLP
     George E. Badenoch
14   Thomas R. Makin
     Rose Cordero Prey
15   Christopher M. Scott
     One Broadway
16   New York, NY 10004-1007
     Telephone: (212) 425-7200
17   Facsimile: (212) 425-5288
     Email: gbadenoch@kenyon.com;
18          tmakin@kenyon.com;
            rcordero@kenyon.com;
19          cscott@kenyon.com

20   Attorneys for Defendants
     Elpida Memory, Inc. and
21   Elpida Memory (USA) Inc.

22

23

24

25

MOTION TO STAY DISTRICT COURT
ACTION PENDING ITC INVESTIGATION - 5
Case No. 2:11-cv-01145-RAJ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF ECF FILING AND SERVICE**

I certify that on September 21, 2011, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

      s/ Theodore J. Angelis
Theodore J. Angelis
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  theo.angelis@klgates.com

MOTION TO STAY DISTRICT COURT
ACTION PENDING ITC INVESTIGATION - 6
Case No. 2:11-cv-01145-RAJ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022