The Honorable Richard A. Jones

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9

INTELLECTUAL VENTURES I LLC AND
INTELLECTUAL VENTURES II LLC,

Plaintiffs,

v.

HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA INC.; ELPIDA MEMORY, INC.; ELPIDA MEMORY (USA) INC.; ACER, INC.; ACER AMERICA CORP.; ADATA TECHNOLOGY CO., LTD.; ADATA TECHNOLOGY (U.S.A.) CO., LTD. ASUSTEK COMPUTER INC.; ASUS COMPUTER INTERNATIONAL INC.; DELL, INC.; HEWLETT-PACKARD COMPANY; KINGSTON TECHNOLOGY CO., INC.; LOGITECH INTERNATIONAL S.A.; LOGITECH, INC.; PANTECH CO., LTD.; PANTECH WIRELESS, INC.; BEST BUY CO., INC.; WAL-MART STORES, INC., NANYA TECHNOLOGY CORPORATION; NANYA TECHNOLOGY CORPORATION, USA

Defendants.

Civil Action No. 11-1145

NOTICE OF DISMISSAL OF PANTECH WIRELESS, INC. AND PANTECH CO. LTD.

Pursuant to a confidential settlement agreement between the parties, and in accordance with Rule 41(a), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC hereby

NOTICE OF DISMISSAL - 1
Civil Action No. 11-1145
INVL-6-1001P13 Not Dismiss

LOWE GRAHAM JONES^PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

provide notice of dismissal of Defendants Pantech Wireless, Inc. and Pantech Co. Ltd., without prejudice.

RESPECTFULLY SUBMITTED this 12th day of October, 2011.

LOWE GRAHAM JONES<sup>PLLC</sup>

s/Lawrence D. Graham
Lawrence D. Graham, WSBA No. 25,402
 Email: Graham@LoweGrahamJones.com
Ellen M. Bierman
 Email: Ebierman@LoweGrahamJones.com
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301

Elliot Brown (*Pro Hac Vice*)
Benjamin W. Hattenbach (*Pro Hac Vice*)
Ellisen S. Turner (*Pro Hac Vice*)
Brian Ledahl (*Pro Hac Vice*)
Gunnar B. Gundersen (*Pro Hac Vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: 310.277.1010
F: 310.203.7199

NOTICE OF DISMISSAL - 2
Civil Action No. 11-1145
INVL-6-1001P13 Not Dismiss

LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301