The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>        Plaintiffs,<br><br>   vs.<br><br>HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA INC.; ELPIDA MEMORY, INC.; ELPIDA MEMORY (USA) INC.; ACER, INC.; ACER AMERICA CORP.; ADATA TECHNOLOGY CO., LTD.; ADATA TECHNOLOGY (U.S.A.) CO., LTD.; ASUSTEK COMPUTER INC.; ASUS COMPUTER INTERNATIONAL INC.; DELL, INC.; HEWLETT-PACKARD COMPANY; KINGSTON TECHNOLOGY CO., INC.; LOGITECH INTERNATIONAL S.A.; LOGITECH, INC.; PANTECH CO., LTD.; PANTECH WIRELESS, INC.; BEST BUY CO., INC.; WAL-MART STORES, INC.; NANYA TECHNOLOGY CORPORATION; NANYA TECHNOLOGY CORPORATION, USA<br><br>        Defendants. | Case No. 11-1145<br><br>NOTICE OF DISMISSAL OF NANYA TECHNOLOGY CORPORATION; NANYA TECHNOLOGY CORPORATION, USA |

Pursuant to a confidential settlement agreement between the parties, and in accordance with Rule 41(a), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC hereby

STIPULATION

2543917

1  provide notice of dismissal of Defendants Nanya Technology Corporation and Nanya Technology
2  Corporation, USA, without prejudice.
3
4  RESPECTFULLY SUBMITTED this 13th day of December 2011.
5
6                                    By:      /s Brian Ledahl
7                                        Lawrence D. Graham, WSBA No. 25,402
                                         Email: graham@blgip.com
8                                        701 Fifth Avenue, Suite 4800
                                         Seattle, Washington 98104
9                                        T: 206.381.3300
                                         F: 206.381.3301
10                                       *Attorney for Plaintiffs INTELLECTUAL*
                                         *VENTURES I LLC and INTELLECTUAL*
11                                       *VENTURES II LLC*
12
13                                       Elliot Brown (Pro Hac Vice)
                                         Benjamin W. Hattenbach (Pro Hac Vice)
14                                       Ellisen S. Turner (Pro Hac Vice)
                                         Brian Ledahl (Pro Hac Vice)
15                                       Gunnar B. Gundersen (Pro Hac Vice)
                                         IRELL &MANELLA LLP
16                                       1800 Avenue of the Stars, Suite 900
                                         Los Angeles, California 90067
17                                       T: 310.277.1010
18                                       F: 310.203.7199
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF ECF FILING AND SERVICE

I certify that on December 13, 2011, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

By:    /s Brian Ledahl

    Lawrence D. Graham, WSBA No. 25,402
    Email: graham@blgip.com
    701 Fifth Avenue, Suite 4800
    Seattle, Washington 98104
    T: 206.381.3300
    F: 206.381.3301
    *Attorney for Plaintiffs INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC*

    Elliot Brown (Pro Hac Vice)
    Benjamin W. Hattenbach (Pro Hac Vice)
    Ellisen S. Turner (Pro Hac Vice)
    Brian Ledahl (Pro Hac Vice)
    Gunnar B. Gundersen (Pro Hac Vice)
    IRELL &MANELLA LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067
    T: 310.277.1010
    F: 310.203.7199