The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC AND INTELLECTUAL VENTURES II LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA INC.; ELPIDA MEMORY, INC.; ELPIDA MEMORY (USA) INC.; ACER, INC.; ACER AMERICA CORP.; ADATA TECHNOLOGY CO., LTD.; ADATA TECHNOLOGY (U.S.A.) CO., LTD. ASUSTEK COMPUTER INC.; ASUS COMPUTER INTERNATIONAL INC.; DELL, INC.; HEWLETT-PACKARD COMPANY; KINGSTON TECHNOLOGY CO., INC.; LOGITECH INTERNATIONAL S.A.; LOGITECH, INC.; PANTECH CO., LTD.; PANTECH WIRELESS, INC.; BEST BUY CO., INC.; WAL-MART STORES, INC., NANYA TECHNOLOGY CORPORATION; NANYA TECHNOLOGY CORPORATION, USA <br><br> Defendants. | Civil Action No. 11-1145 <br><br> NOTICE OF DISMISSAL OF ALL REMAINING DEFENDANTS <br><br> (HYNIX SEMICONDUCTOR INC.; HYNIX SEMICONDUCTOR AMERICA INC.; ELPIDA MEMORY, INC.; ELPIDA MEMORY (USA) INC.; ACER, INC.; ACER AMERICA CORP.; ADATA TECHNOLOGY CO., LTD.; ADATA TECHNOLOGY (U.S.A.) CO., LTD.; ASUSTEK COMPUTER INC.; ASUS COMPUTER INTERNATIONAL INC.; DELL, INC.; HEWLETT-PACKARD COMPANY; KINGSTON TECHNOLOGY CO., INC.; LOGITECH INTERNATIONAL S.A.; LOGITECH, INC.; BEST BUY CO., INC.; WAL-MART STORES, INC.). |

Pursuant to confidential settlement agreements between the parties, and in accordance with Rule 41(a), Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC hereby

NOTICE OF DISMISSAL - 1
Civil Action No. 11-1145
INVL-6-1001P14 Dismiss

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

provide notice of dismissal of all remaining defendants in this action (Hynix Semiconductor Inc.; Hynix Semiconductor America Inc.; Elpida Memory, Inc.; Elpida Memory (USA) Inc.; Acer, Inc.; Acer America Corp.; ADATA Technology Co., Ltd.; ADATA Technology (U.S.A.) Co., Ltd.; Asustek Computer Inc.; Asus Computer International Inc.; Dell, Inc.; Hewlett-Packard Company; Kingston Technology Co., Inc.; Logitech International S.A.; Logitech, Inc.; Best Buy Co., Inc.; and Wal-Mart Stores, Inc.), without prejudice.

RESPECTFULLY SUBMITTED this 3rd day of October, 2012.

LOWE GRAHAM JONES<sup>PLLC</sup>

s/Lawrence D. Graham
Lawrence D. Graham, WSBA No. 25,402
 Email: Graham@LoweGrahamJones.com
Ellen M. Bierman
 Email: Ebierman@LoweGrahamJones.com
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301

Elliot Brown (*Pro Hac Vice*)
Benjamin W. Hattenbach (*Pro Hac Vice*)
Ellisen S. Turner (*Pro Hac Vice*)
Brian Ledahl (*Pro Hac Vice*)
Gunnar B. Gundersen (*Pro Hac Vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: 310.277.1010
F: 310.203.7199

*Attorney for Plaintiffs INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC*

NOTICE OF DISMISSAL - 2
Civil Action No. 11-1145
INVL-6-1001P14 Dismiss

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CERTIFICATE OF ECF FILING AND SERVICE**

I certify that on October 3, 2012, I arranged for electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

/S/ Jeremy Black

NOTICE OF DISMISSAL - 3
Civil Action No. 11-1145
INVL-6-1001P14 Dismiss

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301