| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | *REPORT ON THE*<br>*FILING OR DETERMINATION OF AN*<br>*ACTION REGARDING A PATENT OR*<br>*TRADEMARK* |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court United States District Court for the Western District of Washington on the following: __X__**Patents** or __ Trademarks:

| *DOCKET NO.*<br><br>2:11–cv–01145–RAJ | *DATE FILED*<br><br>7/11/11 | *US District Court* United States District Court for the Western District of Washington | | |
|---|---|---|---|---|
| PLAINTIFF<br><br>Intellectual Ventures I LLC<br><br>, et al. | | DEFENDANT<br><br>, et al. | | |
| *PATENT OR TRADEMARK NO.* | *PATENT OR TRADEMARK NO.* | *PATENT OR TRADEMARK NO.* | | |
| 1. See attached | 6. | 11. | | |
| 2. | 7. | 12. | | |
| 3. | 8. | 13. | | |
| 4. | 9. | 14. | | |
| 5. | 10. | 15. | | |

In the above–entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>__ Amendment __ Answer __ Cross Bill __ Other Pleading | |
|---|---|---|
| *PATENT OR TRADEMARK NO.* | *PATENT OR TRADEMARK NO.* | *PATENT OR TRADEMARK NO.* |
| 1. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK<br><br>William M. McCool | (BY) DEPUTY CLERK<br><br>Consuelo Ledesma | DATE<br><br>1/7/13 |
|---|---|---|